IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OLIVER COCHRAN,

    Plaintiff,

vs.                              CASE NO. 4:07CV425-SPM/AK

R P TIFFT, et al,

    Defendants.

_____/

## O R D E R

Plaintiff has filed a response to the show cause order (doc. 26), wherein he takes issue with the Court's statement that he has not responded to previous orders and asserts that he filed documents, specifically an Objection, which is not reflected on the docket sheet.  Plaintiff also requests additional time to file an amended complaint. (Doc. 28).  While the Court can appreciate his physical limitations and the difficulties they impose, Plaintiff must file a viable complaint on his own behalf if this case is to proceed.  Consequently, the Court will grant Plaintiff through July 11, 2008, to seek representation and/or to file an amended complaint as previously directed.

**DONE AND ORDERED** this 10th day of June, 2008.

                                                s/ A Kornblum
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**